UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>ANTONE JEREMIAH   )<br> ) | Criminal No. 20-10136-RGS-9 |

## DISMISSAL OF
## ANTONE JEREMIAH FROM THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses ANTONE JEREMIAH from the Indictment in this matter, charging him with conspiracy to distribute and possess with intent to distribute cocaine and cocaine base, in violation of 21 U.S.C. § 846. In support of this dismissal, the government states that the dismissal is in the interests of justice.

Respectfully submitted,

July 14, 2021
Date

NATHANIEL R. MENDELL
Acting United States Attorney

Timothy E. Moran
Kaitlin R. O'Donnell
Assistant U.S. Attorneys

Leave to File Granted:

_____
RICHARD G. STEARNS, Judge
United States District Court